# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:20cr840 |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| TYLER JAMES CHROSTOWSKI, | ) | |
| Defendant(s). | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of Tyler James Chrostowski which was referred to the Magistrate Judge with the consent of the parties.

On December 17, 2020, the Government filed a seven count Indictment, charging Defendant in seven counts, with Felon in Possession of a Firearm, Possession of a Firearm by a Person with Domestic Violation Conviction, Possession with Intent to Distribute a Controlled Substance, and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Title 18 USC §§ 922(g)(1), 924(a)(2), and 924(c)(1)(A)(i) and Title 21 USC §§ 841(a)(1) and (b)(1)(C) and 841(a)(1) and (b)(1)(B)(viii).  Defendant Tyler James Chrostowski was arraigned on December 30, 2020, and entered a plea of not guilty to Counts 1 through 7 of the Indictment before this Court.  On July 22, 2021, Magistrate Judge William H. Baughman, Jr., received Defendant Tyler James Chrostowski's plea of guilty to Counts 1 through 7 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judges R&R is adopted. Defendant Tyler James Chrostowski is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Tyler James Chrostowski is adjudged guilty of Counts 1 through 7 of the Indictment, Felon in Possession of a Firearm, Possession of a Firearm by a Person with Domestic Violation Conviction, Possession with Intent to Distribute a Controlled Substance, and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Title 18 USC §§ 922(g)(1), 924(a)(2), and 924(c)(1)(A)(i) and Title 21 USC §§ 841(a)(1) and (b)(1)(C) and 841(a)(1) and (b)(1)(B)(viii). This matter was referred to U.S. Pretrial Services and Probation for the completion of a pre-sentence investigation and report.  Sentencing will take place on November 23, 2021 at 12:30 p.m. via video conference.

IT IS SO ORDERED.

*s/Dan Aaron Polster*     8/9/2021
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE